# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03861-LMM
## Rickard v. Teva Pharmaceuticals USA, Inc. et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 01/06/2026 via Zoom.

```
TIME COURT COMMENCED: 10:01 A.M.
TIME COURT CONCLUDED: 11:13 A.M.     COURT REPORTER: Montrell Vann
TIME IN COURT: 1:12                  DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta
```

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Nicole Berg representing Pauline Rickard |
| | Shayna Cook representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Shayna Cook representing Teva Pharmaceuticals USA, Inc. |
| | Shayna Cook representing Teva Women's Health, LLC |
| | Erin Copeland representing Pauline Rickard |
| | Rami Fakhouri representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Rami Fakhouri representing Teva Pharmaceuticals USA, Inc. |
| | Rami Fakhouri representing Teva Women's Health, LLC |
| | Pamela Ferrell representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Pamela Ferrell representing Teva Pharmaceuticals USA, Inc. |
| | Pamela Ferrell representing Teva Women's Health, LLC |
| | Fidelma Fitzpatrick representing Pauline Rickard |
| | Alexis Lilly representing Pauline Rickard |
| | Buffy Martines representing Pauline Rickard |
| | Christopher Morris representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Christopher Morris representing Teva Pharmaceuticals USA, Inc. |
| | Christopher Morris representing Teva Women's Health, LLC |
| | Jaime Santos representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Jaime Santos representing Teva Pharmaceuticals USA, Inc. |
| | Jaime Santos representing Teva Women's Health, LLC |
| | Nia Vogel representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Nia Vogel representing Teva Pharmaceuticals USA, Inc. |
| | Nia Vogel representing Teva Women's Health, LLC |
| | Bridget Wholey representing Teva Branded Pharmaceutical Products R&D, Inc. |

|  |  |
|---|---|
|  | Bridget Wholey representing Teva Pharmaceuticals USA, Inc. |
|  | Bridget Wholey representing Teva Women's Health, LLC |
| PROCEEDING CATEGORY: | Pretrial Conference |
| MINUTE TEXT: | Pretrial Conference held. Each side will have 60 minutes for opening statements. The parties' Joint Pretrial Order is due Tuesday, January 13th. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |