IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>Pauline Rickard | : : : | CIVIL ACTION NO.:<br>1:21-cv-03861-LMM |

## **ORDER**

This order relates to specific objections to the designations of Dr. Joseph Devito's June 3, 2025, deposition as they relate to the Dupont 20 issue. The Court has reviewed the parties' objections and the submitted briefs. The rulings are as follows:

    185:13-186:15 - overruled
    188:03-188:18 - overruled
    188:24-190:14 – overruled

It also appears that counsel for Defendant is making dozens of new objections relating to this issue. The below objections are also overruled.

    Joseph DeVito 6.3.2025 (Dupont 2005 versus Dupont 20)
- Exhibit 22 (173:06-173:09)
- 103:14-105:07
- 105:16-105:24
- 161:03-161:09
- 162:01-162:07
- 172:02-172:24

1

- 174:06-175:02
- 179:12-180:06
- 185:22-186:15
- 188:03-190:14

Joseph DeVito 6.3.2025 (oxidation/degradation/storage testimony related to Dupont 2005 versus Dupont 20)

- 51:09-51:12
- 51:14-51:19
- 51:21-51:25
- 53:09-53:17 and related conditional counter (53:19-54:13)
- 54:19-54:21
- 54:24-55:04
- 61:18-62:20
- 64:25-65:13
- 119:15-120:01
- 124:08-124:13
- 132:06-132:18
- 162:08-162:17
- 184:07-184:13
- 185:13-185:20
- 197:20-197:25
- 200:14-200:20
- 263:12-263:22
- 268:18-271:05

Mehs 2.3.2023 (oxidation/degradation/storage testimony related to Dupont 2005 versus Dupont 20)

- Exhibit 3 introduced at 87:13-88:13 (May 2012 EIR discussing storage conditions)
- 274:21-275:18 (FDA note re: storage conditions)

Mehs 3.22.2025 (oxidation/degradation/storage testimony related to Dupont 2005 versus Dupont 20)

- 33:22-25 (copper wire disintegration)

Gates 6.24.25 (oxidation/degradation/storage testimony related to Dupont 2005 versus Dupont 20)

- 171:16-171:23

**IT IS SO ORDERED** this 18th day of January, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**