IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 03 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

PAULINE RICKARD,

  Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC., et al.,

  Defendants.

CIVIL ACTION NO.
1:21-cv-03861-LMM

## VERDICT FORM

We, the jury, in the above entitled and numbered case, unanimously find, by a greater weight of the evidence, as follows on Plaintiff Pauline Rickard's claims based on the Court's instructions on the law and evidence:

Plaintiff's Claims:

(1) Do you find for Ms. Rickard on her strict liability failure to warn claim?

  ____ Yes    ✓ No

*If the response to Question 1 is "Yes," proceed to Question 2. If the response to Question 1 is "No," skip Question 2 and proceed to Question 3.*

(2) Do you find for Ms. Rickard on her negligent failure to warn claim?

\_\_\_\_\_Yes    \_\_\_\_\_No

*Proceed to Question 3.*

(3) Do you find for Ms. Rickard on her strict liability defective design claim?

\_\_\_\_\_Yes    ✓ No

*If the response to Question 3 is "Yes," proceed to Question 4. If the response to Question 3 is "No," skip Question 4 and proceed to Question 5.*

(4) Do you find for Ms. Rickard on her negligent design claim?

\_\_\_\_\_Yes    \_\_\_\_\_No

*Proceed to Question 5.*

(5) Do you find for Ms. Rickard on her negligent misrepresentation claim?

\_\_\_\_\_Yes    ✓ No

*If the response to Question 5 is "Yes," proceed to Question 6. If the response to Question 5 is "No," skip Question 6 and proceed to Question 7.*

(6) Do you find for Ms. Rickard on her fraudulent misrepresentation claim?

\_\_\_\_\_Yes        \_\_\_\_\_No

*Proceed to Question 7.*

(7) Do you find for Ms. Rickard on her fraudulent omission claim?

\_\_\_\_\_Yes        ✓\_\_\_\_\_No

**STOP.** *If you answered "Yes" to any of the above questions, proceed to the Compensatory Damages section and answer Questions 8(a) and 8(b). If you did not answer "Yes" to at least one question above, your work is complete, and you should have the Foreperson sign and date the verdict form.*

Compensatory Damages:

(8)(a) What is the total amount of money that would fairly and reasonably compensate Ms. Rickard for any pain and suffering, mental anguish, inconvenience, or loss of capacity for enjoyment of life experienced in the past?

$_____

(8)(b) What is the total amount of Ms. Rickard's damages for medical expenses reasonably incurred by her in the past?

$_____

3

*Proceed to the Punitive Damages section and answer Question 9.*

Punitive Damages:

(9) Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Teva.

\_\_\_\_\_Yes          \_\_\_\_\_No

**STOP.** *If you answered "Yes" to Question 9, proceed to Question 10. If you answered "No" to Question 9, your work is complete, and you should have the Foreperson sign and date the verdict form.*

(10) What amount of punitive damages, if any, do you assess against Teva?

$_____

*If you have elected to assess punitive damages against Teva, the law requires you to answer Questions 11 and 12:*

(11) At the time Ms. Rickard received her Paragard, did Teva's managing agents have a specific intent to harm Ms. Rickard and did the conduct of Teva's managing agents in fact harm Ms. Rickard?

\_\_\_\_\_Yes          \_\_\_\_\_No

(12) Was the wrongful conduct of Teva's managing agents motivated solely by unreasonable financial gain and was the unreasonably dangerous nature of the conduct, together with the high likelihood of injury resulting from the conduct, actually known by Teva's managing agents?

          \_\_\_\_\_Yes           \_\_\_\_\_No

*This ends your deliberations. Your Foreperson should sign and date below.*

SO SAY WE ALL.

*/s/ Charles Clark*
Foreperson's signature

2-3-26
Date